# Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

---

> Plaintiff's Letter-Motion at ECF No. 21 is GRANTED, and the Initial Case Management Conference scheduled for Thursday, April 24, 2025, as well as all discovery deadlines in this matter, are ADJOURNED SINE DIE.  A telephonic conference is scheduled for **Wednesday, April 9, 2025 at 4:30 p.m.**  The parties are directed to call:  (646) 453-4442; access code: 834-826-229 at the scheduled time and shall be prepared to discuss their availability, as well as that of their clients, for a settlement conference with the undersigned.
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED.     4/3/2025     /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

---

**VIA ELECTRONIC CASE FILING**
Hon. Sarah L. Cave
United States District Court
500 Pearl Street, Rm. 1670
New York, NY 10007

Re:   *Hue Le v. Apple Inc.*
      SDNY No. 1:24-CV-07535-DEH-SLC

Dear Judge Cave:

I represent Plaintiff Hue Le in this employment discrimination lawsuit against Apple.

I am writing to request a settlement conference before Your Honor to help the parties resolve this matter without the burden and cost of further litigation.

Although the mandatory mediation session was not successful, in hindsight my client and I believe the negotiations ended prematurely.  Accordingly, I reached out to defense counsel to restart negotiations via a settlement conference with Your Honor (which I believe will be a more effective ADR option), and Defendant agreed, provided the Court allows the parties to hold off on other litigation tasks at this time.

Accordingly, I am requesting that the initial conference scheduled for April 24, 2025, along with associated discovery deadlines, be adjourned *sine die* and that a settlement conference before Your Honor be scheduled at the Court's earliest convenience.

I have conferred with counsel for defendant, Jennifer Davis of Jackson Lewis PC, and Defendant consents to this request.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky
*Attorney for Plaintiff*

cc:  All Counsel of Record (via ECF)